UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GMB GLOBAL MARITIME BREAKBULK

        Plaintiff,

   - against -

KUEHNE & NAGEL, S.A., MADRID

        Defendant.
------------------------------------------------------------X


08 Civ.

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        None.

Dated: February 29, 2008
       Southport, CT

                      The Plaintiff,
                      GMB GLOBAL MARITIME BREAKBULK

                      By: _____
                      Patrick F. Lennon
                      Anne C. LeVasseur
                      LENNON, MURPHY & LENNON, LLC
                      The Gray Bar Building
                      420 Lexington Ave., Suite 300
                      New York, NY 10170
                      (212) 490-6050
                      facsimile (212) 490-6070
                      pfl@lenmur.com
                      acl@lenmur.com