CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GMB GLOBAL MARITIME BREAKBULK   :
   :
              Plaintiff,   :      **08-CV-2031**
   :
             v.   :
   :
KUEHNE & NAGEL S.A., MADRID   :
   :
   :
   :
            Defendants.   :
-------------------------------------------------------------x

## REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process and Amended Process of Maritime Attachment and Garnishment in the captioned matter dated February 29 and March 18, 2008 and served upon Garnishee Societe Generale New York Branch on March 3, 2008, and on various dates thereafter through the date of this report, Garnishee Societe Generale New York Branch hereby states that on such dates of service, it was not indebted to the defendant(s) and did not otherwise

have in its possession any property, tangible or intangible, including funds, assets, cash,

goods, chattels, credits, effects, debts owed by or owed to the defendant(s) or monies to

be paid to discharge a debt owed to the defendant(s), including monies being

electronically transferred by, to or for the benefit of the defendant(s).

Dated: North Bergen, New Jersey
      March 26, 2008

                        CLARK, ATCHESON & REISERT
                        Attorneys for Garnishee
                        Societe Generale New York Branch

By:                 _____

                        Richard J. Reisert (RR-7118)
                        7800 River Road
                        North Bergen, NJ 07047
                        Tel: (201) 537-1200
                        Fax: (201) 537-1201
                        Email: reisert@navlaw.com

TO:    CLERK OF THE COURT

        LENNON, MURPHY & LENNON, LLC (Via Email)
        Attorneys for Plaintiff

## VERIFICATION

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

      John M. Driscoll, being duly sworn, deposes and says as follows:

      I am the Director of Litigation and Regulatory Affairs for Societe Generale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Societe Generale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 08-CV-2031 and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Societe Generale New York Branch's files, and communications with relevant employees of the Bank.

                                           _____
                                           John M. Driscoll

Sworn to before me on
March 26, 2008.

_____
Notary Public

DANIEL K. NOBIS, NOTARY PUBLIC
State of New York, No. 01HO6138866
Qualified in New York County
Commission Expires December 27, 2009