UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GMB GLOBAL MARITIME BREAKBULK,

    Plaintiff,          08 Civ. 2031 (GBD)

 - against -           ECF CASE

KUEHNE & NAGEL S.A., MADRID,

    Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance by the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The Court's March 18, 2008 Ex Parte Order issuance of process of maritime attachment and garnishment is hereby vacated.

Dated: May 19, 2008

            The Plaintiff,
            GMB GLOBAL MARITIME BREAKBULK

          By: _____
            Patrick F. Lennon
            LENNON, MURPHY & LENNON, LLC
            The GrayBar Building
            420 Lexington Ave., Suite 300
            New York, NY 10170
            (212) 490-6050 – phone
            (212) 490-6070 – fax

SO ORDERED.

MAY 1 9 2008

_____
HON. GEORGE B. DANIELS